| FORM B1 | United States Bankruptcy Court<br>**Western District of New York** | **Voluntary Petition** |
| --- | --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Young Jr., Emsee** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Young, Diane** |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA Youngs TLC Daycare, a Partnership** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-5774** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-5276** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**106 Moselle St.**<br>**Buffalo, NY 14211** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**106 Moselle St.**<br>**Buffalo, NY 14211** |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: **Erie** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
| --- |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ■ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other_____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
- ☐ Chapter 9   ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business   ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Young Jr., Emsee**<br>**Young, Diane** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Emsee Young Jr.**

Signature of Debtor **Emsee Young Jr.**

**X** **/s/ Diane Young**

Signature of Joint Debtor **Diane Young**

Telephone Number (If not represented by attorney)

**February 21, 2005**

Date

### Signature of Attorney

**X** **/s/ John D'Amato, Esq.**

Signature of Attorney for Debtor(s)

**John D'Amato, Esq.**

Printed Name of Attorney for Debtor(s)

**John D'Amato, PLLC**

Firm Name

**3729 Union Road**
**Cheektowaga, NY 14225**

Address

**(716) 706-1111**

Telephone Number

**February 21, 2005**

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** **/s/ John D'Amato, Esq.** **February 21, 2005**

Signature of Attorney for Debtor(s) Date

**John D'Amato, Esq.**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed Name of Bankruptcy Petition Preparer

_____

Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____

Signature of Bankruptcy Petition Preparer

_____

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re   **Emsee Young Jr.,**
        **Diane Young**

Case No. _____

Chapter _____**7**_____

Debtors ,

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 53,295.00 | | |
| B - Personal Property | Yes | 4 | 32,957.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 59,072.10 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 82,417.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 260,594.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 17,565.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 16,727.50 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | Total Assets | | 86,252.50 | | |
| | | Total Liabilities | | 402,083.10 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **Emsee Young Jr.,**          Case No. _____

        **Diane Young**

_____,

Debtors

# SCHEDULE A. REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **106 Moselle St.**<br>**Buffalo, NY 14211** | **100% Interest** | **J** | **27,300.00** | **22,499.00** |
| **1439 Broadway St.**<br>**Buffalo, NY 14212** | **100% Interest** | **J** | **15,000.00** | **0.00** |
| **Timeshare [parcel 7308; Designated season: Diamond; Vacation week#: 21, 22] intent keep making payments** | **owns jointly with parents James & Jessie Jeffers** | **J** | **3,995.00** | **2,446.70** |
| **Timeshare pay $130/mth. [parcel 835AB; Designated season: Platinum; vacation week 46-0; initial year of occupancy: 2003] intent surrender** | **owns jointly with parents James & Jesse Jeffers** | **J** | **7,000.00** | **7,144.40** |

|  | Sub-Total > | **53,295.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **53,295.00** |  |

**0** continuation sheets attached to the Schedule of Real Property      (Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Emsee Young Jr.,**  
    **Diane Young**

Case No. _____

_____,

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Cash on hand** | **J** | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fleet - Checking** | **J** | **0.00** |
| | | **M&T Bank - Checking** | **J** | **25.00** |
| | | **Fleet - Savings (joint account wife and daughter) ($5.00)** | **J** | **2.50** |
| | | **Fleet - Business checking** | **J** | **40.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary HHG's** | **J** | **1,350.00** |
| | | **Computer, Printer, Monitor ($250) Microwave ($150) 2 other TV's ($200)** | **J** | **600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | | **Ordinary** | **J** | **1,000.00** |
| 7. Furs and jewelry. | | **Wedding rings** | **J** | **100.00** |
| | | **Engagement ring** | **W** | **200.00** |
| | | **Other jewelry (various small items)** | **W** | **700.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | **X** | | | |

Sub-Total >    **4,117.50**  
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re     **Emsee Young Jr.,**
        **Diane Young**
                                                ,     Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

## (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Metropolitan Life Insurance Company Policy Number 83UM Cash Surrender value as of 1/19/04** | **H** | **4,893.00** |
| | | | **Metropolitan Life Insurance Company Policy Number ...76UM Cash surrender value as of 1/19/04** | **W** | **4,007.00** |
| | | | **Commercial General Liability coverage #NC 323451** | **J** | **Unknown** |
| | | | **Mellon Investor Services Met Life Inc. Insurance H-owner 10 shares** | **H** | **460.00** |
| 10. | Annuities. Itemize and name each issuer. | **X** | | | |
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | **X** | | | |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | **X** | | | |
| 13. | Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 14. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 15. | Accounts receivable. | **X** | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | **X** | | | |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | **X** | | | |

Sub-Total >      **9,360.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re **Emsee Young Jr.,**
**Diane Young**
Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Chrysler Town & Country (used for business) | J | 17,475.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Used toys, appliances, TV's | J | 1,250.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | 1st Computer, printer, monitor | J | 300.00 |
| | | fax machine ($30) copier ($75) | J | 105.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | | 1 dog, 1 turtle | J | 0.00 |

|  | Sub-Total > | **19,130.00** |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Emsee Young Jr.,**
    **Diane Young**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **2nd computer, printer, monitor (Dell-used by daughter Devon in FL)** | J | 250.00 |
| | | **2 pocket pc** | J | 100.00 |

|  | Sub-Total >  | **350.00** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **32,957.50** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Emsee Young Jr.,** 　　　　　　　　　　　　　　　　Case No. _____
　　　　**Diane Young**
_____ ,
　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):　Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):　Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>**106 Moselle St.**<br>**Buffalo, NY 14211** | **NYCPLR § 5206(a)** | **20,000.00** | **27,300.00** |
| **Household Goods and Furnishings**<br>**Ordinary HHG's** | **NYCPLR § 5205(a)(5)** | **1,350.00** | **1,350.00** |
| **Wearing Apparel**<br>**Ordinary** | **NYCPLR § 5205(a)(5)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry**<br>**Wedding rings** | **NYCPLR § 5205(a)(6)** | **100.00** | **100.00** |
| **Interests in Insurance Policies**<br>**Metropolitan Life Insurance Company**<br>**Policy Number 83UM**<br>**Cash Surrender value as of 1/19/04** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **4,893.00** | **4,893.00** |
| **Metropolitan Life Insurance Company**<br>**Policy Number ...76UM**<br>**Cash surrender value as of 1/19/04** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **4,007.00** | **4,007.00** |
| **Mellon Investor Services**<br>**Met Life Inc. Insurance H-owner 10 shares** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **460.00** | **460.00** |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D
(12/03)

In re **Emsee Young Jr.,**
**Diane Young**

Case No. _____

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9294** <br><br> **Dell Preferred Account** <br> **Payment Processing Center** <br> **PO Box 6403** <br> **Carol Stream, IL 60197-6403** | | W | **10/03** <br><br> **Credit card purchases** <br><br> **1st Computer, printer, monitor** <br><br> Value $ **300.00** | | | | **1,199.00** | **899.00** |
| Account No. **5778** <br><br> **HomEq Servicing** <br> **PO Box 13716** <br> **Sacramento, CA 95853-3716** | | J | **9/93** <br><br> **Mortgage** <br><br> **106 Moselle St.** <br> **Buffalo, NY 14211** <br><br> Value $ **27,300.00** | | | | **22,499.00** | **0.00** |
| Account No. **8676** <br><br> **Sovereign Bank** <br> **PO Box 16255** <br> **Reading, PA 19612-6255** | | J | **7/04** <br><br> **Automobile loan** <br><br> **2004 Chrysler Town & Country** <br> **(used for business)** <br><br> Value $ **17,475.00** | | | | **25,783.00** | **8,308.00** |
| Account No. **4791** <br><br> **Sunterra Financial Services** <br> **PO Box 60480** <br> **Los Angeles, CA 90060-0480** | X | J | **1995** <br><br> **Timeshare [parcel 7308; Designated season: Diamond; Vacation week#: 21, 22]** <br> **intent keep making payments** <br><br> Value $ **3,995.00** | | | | **2,446.70** | **0.00** |

__1__ continuation sheets attached

Subtotal (Total of this page) | **51,927.70**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re    **Emsee Young Jr.,**                                          Case No. _____
          **Diane Young**

_____,
                                        Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8587** <br><br> **Sunterra Financial Services <br> PO Box 60480 <br> Los Angeles, CA 90060-0480** | X | J | **2002** <br><br> **Timeshare pay $130/mth. [parcel 835AB; Designated season: Platinum; vacation week 46-0; initial year of occupancy: 2003] intent surrender** <br><br> Value $     **7,000.00** | | | | **7,144.40** | **144.40** |
| Account No. <br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br> Value $ | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **7,144.40** |
| Total <br> (Report on Summary of Schedules) | **59,072.10** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re **Emsee Young Jr.,**      Case No. _____
      **Diane Young**

_____,
                     Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

   *Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                             __1__ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re **Emsee Young Jr.,**
**Diane Young**

Case No. _____

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Internal Revenue Service Special Procedures Section PO Box 266 Niagara Square Station Att: Bankruptcy Unit, Room 309 Buffalo, NY 14201** | | J | **2001, 2002 and 2003 and 2004**<br><br>**Federal taxes** | | | | **80,077.00** | **0.00** |
| Account No.<br><br>**IRS -- Special Procedures Section POB 266 -- Niagara Square Station Attn. Banrkruptcy Unit, Room 309 Buffalo, NY 14201** | | J | **year 2000 to 2004**<br><br>**941 tax** | | | | **2,340.00** | **0.00** |
| Account No.<br><br>**NYS Dept. of Tax & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300** | | J | **2003**<br><br>**State taxes** | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **82,417.00** |
| Total<br>(Report on Summary of Schedules) | **82,417.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Emsee Young Jr.,**
**Diane Young**

Case No. _____

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0229** <br><br> **AAA Financial Services** <br> **PO Box 15137** <br> **Wilmington, DE 19886-5137** | | J | **3/83** <br> **Credit card purchases** | | | | **11,480.00** |
| Account No. **1004** <br><br> **American Express** <br> **PO Box 1270** <br> **Newark, NJ 07101-1270** | | H | **8/04** <br> **Credit card purchases** | | | | **1,941.00** |
| Account No. **1004** <br><br> **American Express Bus. Cap. Line** <br> **PO Box 360002** <br> **Ft. Lauderdale, FL 33336-0002** | | H | **6/99** <br> **Business Line** | | | | **35,330.00** |
| Account No. **1001** <br><br> **American Express Optima** <br> **PO Box 360002** <br> **Ft. Lauderdale, FL 33336-0002** | | H | **6/99** <br> **Credit card purchases** | | | | **2,071.00** |

___**4**___ continuation sheets attached

Subtotal
(Total of this page)

**50,822.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 S/N:25439-050105   Best Case Bankruptcy

In re  **Emsee Young Jr.,**
      **Diane Young**

Case No. _____

_____,
                                 Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3765**<br><br>**Bank of America**<br>**PO Box 5092**<br>**Hartford, CT 06102** | | H | **circa 1999** | | | | **38,000.00** |
| Account No. **3531**<br><br>**Bank One**<br>**Cardmember Service**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | J | **8/98**<br>**Credit card purchases** | | | | **5,709.00** |
| Account No. **3962**<br><br>**Capital One**<br>**PO Box 85147**<br>**Richmond, VA 23276** | | W | **8/01**<br>**Business Line** | | | | **17,993.00** |
| Account No. **1870**<br><br>**Casual Corner Group**<br>**PO Box 530993**<br>**Atlanta, GA 30353-0993** | | W | **11/97**<br>**Credit card purchases** | | | | **589.00** |
| Account No. **1817**<br><br>**Discover Card**<br>**PO Box 15251**<br>**Wilmington, DE 19886-5251** | | J | **7/99**<br>**Credit card purchases** | | | | **13,828.00** |

Sheet no. __**1**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **76,119.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Emsee Young Jr.,**　　　　　　　　　　Case No. _____
**Diane Young**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Empire Medicare Services** <br>**Medicare Secondary Payer Unit** <br>**PO Box 4723** <br>**Syracuse, NY 13221-4723** | | J | **Circa 2004** <br>**Medical insurance** <br>**reimbursement re w's mom** <br>**disputed** | | | X | **4,000.00** |
| Account No. **6621** <br><br>**Fleet-Bank of America** <br>**Credit Card Services** <br>**PO Box 1070** <br>**Newark, NJ 07101-1070** | | J | **3/00** <br>**Credit card purchases** | | | | **9,716.00** |
| Account No. **4965** <br><br>**Home Depot Credit Services** <br>**Processing Center** <br>**Des Moines, IA 50364-0500** | | H | **6/02** <br>**Credit card purchases** | | | | **7,818.00** |
| Account No. <br><br>**IRS -- Special Procedures Section** <br>**POB 266 -- Niagara Square Station** <br>**Attn. Banrkruptcy Unit, Room 309** <br>**Buffalo, NY 14201** | | J | **2000** <br>**income tax** | | | | **21,194.00** |
| Account No. **0671** <br><br>**JC Penney** <br>**PO Box 960001** <br>**Orlando, FL 32896-0001** | | H | **2/98** <br>**Credit card purchases** | | | | **3,302.00** |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**46,030.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　Best Case Bankruptcy

In re  **Emsee Young Jr.,**
       **Diane Young**                                          Case No. _____

_____,
                                            Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1087** <br><br> **Kaufmann's** <br> **PO Box 94934** <br> **Cleveland, OH 44101-4939** | | W | **3/92** <br> **Credit card purchases** | | | | 1,901.00 |
| Account No. **0089** <br><br> **MBNA America** <br> **PO Box 15137** <br> **Wilmington, DE 19886-5137** | | W | **7/99** <br> **Credit card purchases** | | | | 7,811.00 |
| Account No. **9212** <br><br> **Office Max Consumer Plan** <br> **Processing Center** <br> **Des Moines, IA 50364-0001** | | W | **11/94** <br> **Credit card purchases** | | | | 3,446.00 |
| Account No. **2762** <br><br> **Sallie Mae Servicing** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | W | **4/01** <br> **School loan** | | | | 9,332.00 |
| Account No. **0408** <br><br> **Sears Premier Card** <br> **PO Box 182149** <br> **Columbus, OH 43218-2149** | | H | **8/84** <br> **Credit card purchases** | | | | 8,296.00 |

Sheet no. __**3**__ of __**4**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                30,786.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

In re **Emsee Young Jr.,**                        Case No. _____
       **Diane Young**

_____,
                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4039**<br><br>**Susquehanna Bank<br>PO Box 828871<br>Philadelphia, PA 19182-8871** | | J | **1998<br>leased vehicle<br>1998 Ford Expedition** | | | | **Unknown** |
| Account No. **1190**<br><br>**Target National Bank<br>PO Box 59317<br>Minneapolis, MN 55459-0317** | | W | **11/96<br>Credit card purchases** | | | | **4,483.00** |
| Account No.<br><br>**The Talking Phone Book** | | J | **advertising** | | | | **Unknown** |
| Account No. **4327**<br><br>**Wells Fargo Business line<br>Payment Remittance Center<br>PO Box 6426<br>Carol Stream, IL 60197-6426** | X | H | **8/01<br>Business Line** | | | | **52,354.00** |
| Account No. | | | | | | | |

Sheet no. __**4**__ of __**4**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **56,837.00** |
| Total<br>(Report on Summary of Schedules) | **260,594.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re    **Emsee Young Jr.,**                                         Case No. _____

          **Diane Young**

_____,
                                              Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Erie County Department of Social Service** | **Re: Group Family Day Care Agreement from 9/1/04 to 8/31/05 pertaining to 1439 Broadway and 1437 Broadway.** |
| **Erie County Department of Social Service** | **Re: Group Family Day Care Agreement from 9/1/04 to 8/31/005 pertaining to 106 Moselle St.** |
| **Susquehanna Bank** <br> **PO Box 828871** <br> **Philadelphia, PA 19182-8871** | **1998 Ford Expedition** <br> **Expires 2/06** |

__**0**__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re  **Emsee Young Jr.,**                                                    Case No. _____
       **Diane Young**
_____,
                                        Debtors

# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Jeffers**<br>**1439 Broadway St.**<br>**Buffalo, NY 14212**<br>  **Wife's father** | **Sunterra Financial Services**<br>**PO Box 60480**<br>**Los Angeles, CA 90060-0480** |
| **James Jeffers**<br>**1439 Broadway St.**<br>**Buffalo, NY 14212**<br>  **Wife's father** | **Sunterra Financial Services**<br>**PO Box 60480**<br>**Los Angeles, CA 90060-0480** |
| **Jessie Jeffers**<br>**1439 Broadway**<br>**Buffalo, NY 14212**<br>  **Wife's mother** | **Sunterra Financial Services**<br>**PO Box 60480**<br>**Los Angeles, CA 90060-0480** |
| **Jessie Jeffers**<br>**1439 Broadway St.**<br>**Buffalo, NY 14212**<br>  **Wife's mother** | **Sunterra Financial Services**<br>**PO Box 60480**<br>**Los Angeles, CA 90060-0480** |
| **Youngs TLC Daycare, a partnership** | **Wells Fargo Business line**<br>**Payment Remittance Center**<br>**PO Box 6426**<br>**Carol Stream, IL 60197-6426** |

___**0**___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6I
(12/03)

In re **Emsee Young Jr.**
**Diane Young** _____  Case No. _____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Child Care Provider** | **Child Care Provider** |
| Name of Employer | **Young's TLC Day Care** | **Young's TLC Day Care** |
| How long employed | **14 years** | **8 years** |
| Address of Employer | **1439 Broadway St.** **Buffalo, NY 14212** | **1439 Broadway St.** **Buffalo, NY 14212** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **0.00** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **0.00** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **16,415.00** | $ **0.00** |
| Income from real property | $ **400.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) **1439 rental income (w's mom)** | $ **400.00** | $ **0.00** |
| **1439 rental income (other tenant - non relative)** | $ **350.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **17,565.00** | $ **0.00** |

TOTAL COMBINED MONTHLY INCOME        $ **17,565.00**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**Expecting decrease - because closing 106 Moselle Site (1 of their 3 locations); Also, County budget problems may result in a decrease in income.**

In re **Emsee Young Jr.**
**Diane Young** _____ Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

o   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 455.00 |
| Are real estate taxes included? | Yes ___   No __X__ | | |
| Is property insurance included? | Yes ___   No __X__ | | |
| Utilities: Electricity and heating fuel | | $ | 550.00 |
| Water and sewer | | $ | 25.00 |
| Telephone | | $ | 58.00 |
| Other   **Cable(57) Alarm(29) Cell(175) Trash(12)** | | $ | 273.00 |
| Home maintenance (repairs and upkeep) | | $ | 200.00 |
| Food | | $ | 300.00 |
| Clothing | | $ | 250.00 |
| Laundry and dry cleaning | | $ | 60.00 |
| Medical and dental expenses | | $ | 290.00 |
| Transportation (not including car payments) | | $ | 485.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 280.00 |
| Charitable contributions | | $ | 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner's or renter's | | $ | 67.00 |
| Life | | $ | 316.00 |
| Health | | $ | 474.00 |
| Auto | | $ | 398.00 |
| Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| Auto | | $ | 478.00 |
| Other   **Lease payment 1998 Ford Expedition** | | $ | 327.00 |
| Other | | $ | 0.00 |
| Other | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 130.00 |
| Payments for support of additional dependents not living at your home | | $ | 393.50 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 10,155.00 |
| Other   **Personal care/gifts/miscellaneous** | | $ | 100.00 |
| Other   **Timeshare Condo** | | $ | 463.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $ | 16,727.50

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |

(interval)

# United States Bankruptcy Court
## Western District of New York

In re   **Emsee Young Jr.**
**Diane Young**

Case No.

Debtor(s)

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __20__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 21, 2005**      Signature  **/s/ Emsee Young Jr.**

                                             **Emsee Young Jr.**
                                           Debtor

Date  **February 21, 2005**      Signature  **/s/ Diane Young**

                                           **Diane Young**
                                         Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Emsee Young Jr.**
**Diane Young**

                    Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None ○   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$196,981.00** | **2004 H&W Income from Partnership (fees and contract payments); approx.** |
| **$98,153.00** | **2003 H&W Income from Partnerships; approx.** |
| **$101,247.00** | **2002 H&W Income from Parterships; approx.** |

**2. Income other than from employment or operation of business**

None ○   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$700.00** | **2005 Rent income (at 1439 Broadway)** |
| **$4,400.00** | **2004 H&W Rental income ($400/mth) as of 11/30/04** |

| AMOUNT | SOURCE |
|---|---|
| **$4,800.00** | **2003 H&W Rents received** |
| **$8,800.00** | **2002 H&W Rents received** |

### 3. Payments to creditors

None  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor,
○  made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sunterra Financial Services**<br>**PO Box 60480**<br>**Los Angeles, CA 90060-0480** | **last 90 days** | **$993.00** | **$0.00** |
| **Kaufmann's**<br>**PO Box 94934**<br>**Cleveland, OH 44101-4939** | **last 90 days** | **$780.00** | **$1,901.00** |
| **HomEq**<br>**PO Box 13716**<br>**Sacramento, CA 95853-3716** | **last 90 days** | **$1,362.00** | **$22,499.00** |
| **Sovereign Bank**<br>**PO Box 16255**<br>**Reading, PA 19612-6255** | **last 90 days** | **$1,437.00** | **$25,784.00** |
| **Susquehanna Bank**<br>**PO Box 828871**<br>**Philadelphia, PA 19182-8871** | **last 90 days** | **$981.00** | **$0.00** |
| **Fleet/Bank of America**<br>**PO Box 5092**<br>**Hartford, CT 06102** | **11/30/04** | **$1,200.00** | **$39,500.00** |

None  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who
n  are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
n  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
○  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **IRS Garnishment** | **last 5 months** | **IRS Garnishment (10% of W's gross monthly paycheck)** |

**5. Repossessions, foreclosures and returns**

None
∩ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
∩ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
∩ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
○ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Kingdom Hall 500 Southside Parkway Buffalo, NY 14210** | **Church** | **last one year** | **$1200** |
| **Devon(26) and Matthew(29)** | **children** | **last 1 year** | **Devon ($200); Matthew (approx $7000), Matthew has anxiety/depression** |

**8. Losses**

None
∩ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

**9. Payments related to debt counseling or bankruptcy**

None
O
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| "Tax Help Associates" 2801 Wehrle Dr., Ste 14 Buffalo, NY 14221 | past 9 months | $2200 |
| David Butterini, Esq. 2746 Delaware Ave. Buffalo, NY 14217 | 6/04 | $250 for Bankruptcy |
| John D'Amato, PLLC 3729 Union Rd. Cheektowaga, NY 14225 | 11/29/04 | $500 |
| John D'Amato, PLLC 3729 Union Road Cheektowaga, NY 14225 | 12/1/04 | $500 |
| John D'Amato, PLLC 3729 Union Rd. Cheektowaga, NY 14225 | 12/3/04 | $200 |
| John D'Amato, PLLC 3729 Union Rd. Cheektowaga, NY 14225 | 12/3/04 | MO $60 |
| John D'Amato, PLLC 3729 Union Road Cheektowaga, NY 14225 | 12/13/04 | $200 |
| John D'Amato, PLLC 3729 Union Road Cheektowaga, NY 14225 | 12/31/04 | $1100 |
| John D'Amato, PLLC 3729 Union Road Cheektowaga, NY 14225 | 12/30/04 | MO $209 (filing fee) |
| John D'Amato, PLLC 3729 Union Road Cheektowaga, NY 14225 | 11/29/04 | $250 (tax efforts) |

**10. Other transfers**

None
O
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Paddock Chevrolet (Delaware Ave.) | 7/04 | traded in 2000 Safari and obtained 2004 Chrysler Town and Country |

**11. Closed financial accounts**

None ∩ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ∩ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ∩ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ∩ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ∩ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ∩ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ∩ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ∩ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ∩ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ○ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Young's TLC Day Care** | **16-1588236** | **1439 Broadway Buffalo, NY 14212** | **Day Care** | **8/90 - present** |

None ∩ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ○  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Dennis Rosolowski, CPA**<br>**1893 Clinton St.**<br>**Buffalo, NY 14206** | **last two years** |

None ∩  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ○  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Emsee and Diane Young** | **106 Moselle St.**<br>**Buffalo, NY 14211** |

None ∩  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None ∩  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ∩  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None ∩  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ∩  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
∩ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None
∩ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
∩ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
∩ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
∩ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 21, 2005**                Signature  **/s/ Emsee Young Jr.**
                                                        **Emsee Young Jr.**
                                                        Debtor

Date  **February 21, 2005**                Signature  **/s/ Diane Young**
                                                        **Diane Young**
                                                        Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Case 1-05-11190-CLB,   Doc 1,   Filed 02/21/05,   Entered 02/21/05 15:31:25,
Description: Main Document , Page 31 of 39

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re  **Emsee Young Jr.**
**Diane Young**

                        Debtor(s)

Case No.

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | Description of Property | Creditor's name |
|---|---|---|
| **1.** | **Timeshare  pay $130/mth. [parcel 835AB; Designated season:  Platinum; vacation week 46-0; initial year of occupancy:  2003] intent surrender** | **Sunterra Financial Services** |

*b. Property to Be Retained*                  *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **106 Moselle St. Buffalo, NY  14211** | **HomEq Servicing** | | | **X** |
| **2.** | **1st Computer, printer, monitor** | **Dell Preferred Account** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **3.** | **2004 Chrysler Town & Country (used for business)** | **Sovereign Bank** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **4.** | **Timeshare [parcel 7308; Designated season:  Diamond; Vacation week#:  21, 22] intent keep making payments** | **Sunterra Financial Services** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date  **February 21, 2005**                 Signature  **/s/ Emsee Young Jr.**
                                             **Emsee Young Jr.**
                                           Debtor

Date  **February 21, 2005**                 Signature  **/s/ Diane Young**
                                              **Diane Young**
                                           Joint Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Emsee Young Jr.**
**Diane Young**

                                 Debtor(s)

Case No.

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................................... $      **2,560.00**

   Prior to the filing of this statement I have received ........................................................................ $      **2,560.00**

   Balance Due ................................................................................................................................... $      **0.00**

2. The source of the compensation paid to me was:

   ⊓ Debtor     ○ Other (specify):

3. The source of compensation to be paid to me is:

   ⊓ Debtor     ○ Other (specify):

4. ⊓ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ○ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation and filing of motions pursuant to 11 USC 522(f) for avoidance of judicial liens on residence, if applicable.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 21, 2005**

**/s/ John D'Amato, Esq.**
**John D'Amato, Esq.**
**John D'Amato, PLLC**
**3729 Union Road**
**Cheektowaga, NY 14225**
**(716) 706-1111**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of New York

In re **Emsee Young Jr.**
**Diane Young**

Debtor(s)

Case No. _____

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 21, 2005**

**/s/ Emsee Young Jr.**
**Emsee Young Jr.**
Signature of Debtor

Date: **February 21, 2005**

**/s/ Diane Young**
**Diane Young**
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

AAA Financial Services
PO Box 15137
Wilmington, DE 19886-5137


American Express
PO Box 1270
Newark, NJ 07101-1270


American Express
PO Box 36001
Fort Lauderdale, FL 33336-0001


American Express Bus. Cap. Line
PO Box 360002
Ft. Lauderdale, FL 33336-0002


American Express Optima
PO Box 360002
Ft. Lauderdale, FL 33336-0002


Bank of America
PO Box 5092
Hartford, CT 06102


Bank of America
Small Business Special Assets Group
CT2-102-19-06
777 Main St.
Hartford, CT 06115-2303


Bank One
Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548


Capital One
PO Box 85147
Richmond, VA 23276


Casual Corner Group
PO Box 530993
Atlanta, GA 30353-0993

Cypress Pointe Resorts, L.P.
PO Box 22069
Lake Buena Vista, FL 32830-2069


D&B RMS
4836 Brecksville Rd.
PO Box 539
Richfield, OH 44286


Dell Preferred Account
Payment Processing Center
PO Box 6403
Carol Stream, IL 60197-6403


Discover Card
PO Box 15251
Wilmington, DE 19886-5251


Empire Medicare Services
Medicare Secondary Payer Unit
PO Box 4723
Syracuse, NY 13221-4723


Fleet-Bank of America
Credit Card Services
PO Box 1070
Newark, NJ 07101-1070


FleetBoston Financial
Special Assets Group
Mail Stop: CT2-102-19-06
777 Main St.
Hartford, CT 06115-2303


Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500


HomEq Servicing
PO Box 13716
Sacramento, CA 95853-3716


HomEq Servicing
PO Box 70829
Charlotte, NC 28272-0829

Internal Revenue Service
Special Procedures Section
PO Box 266 Niagara Square Station
Att: Bankruptcy Unit, Room 309
Buffalo, NY 14201


Internal Revenue Service
Andover, MA 05501-0102


IRS -- Special Procedures Section
POB 266 -- Niagara Square Station
Attn. Banrkruptcy Unit, Room 309
Buffalo, NY 14201


JC Penney
PO Box 960001
Orlando, FL 32896-0001


Kaufmann's
PO Box 94934
Cleveland, OH 44101-4939


Law Offices Cohen & Slamowitz, LLP
199 Crossways Park Dr.
PO Box 9004
Woodbury, NY 11797-9004


MBNA America
PO Box 15137
Wilmington, DE 19886-5137


NYS Dep't of Taxation & Finance
77 Broadway
Suite 112
Buffalo, NY 14203-1670


NYS Dept. of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300


NYS Dept. of Taxation & Finance
W.A. Harriman Campus
Albany, NY 12227-0171

Office Max Consumer Plan
Processing Center
Des Moines, IA 50364-0001


Sallie Mae Servicing
PO Box 9500
Wilkes Barre, PA 18773-9500


Sears Premier Card
PO Box 182149
Columbus, OH 43218-2149


Sovereign Bank
PO Box 16255
Reading, PA 19612-6255


Sovereign Bank
Mail Stop 10421LP3
525 Lancaster Ave.
Reading, PA 19611


Sunterra Financial Services
PO Box 60480
Los Angeles, CA 90060-0480


Sunterra Resorts
3865 West Cheyenne Ave.
North Las Vegas, NV 89032


Susquehanna Bank
PO Box 828871
Philadelphia, PA 19182-8871


Target National Bank
PO Box 59317
Minneapolis, MN 55459-0317


Tax Help Associates
2801 Wehrle Dr., Suite 14
Buffalo, NY 14221


The Talking Phone Book

Upstate Medicare Division
PO Box 5200
Binghamton, NY 13902-5200


Wells Fargo Business line
Payment Remittance Center
PO Box 6426
Carol Stream, IL 60197-6426